IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of G&C CONSTRUCTION, LLC | § § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:08cv1437-LG-RHW |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ALL STAR ELECTRIC, INC. | § § § § | DEFENDANTS |
| ALL STAR ELECTRIC, INC. | § § | THIRD-PARTY PLAINTIFF |
| v. | § § | |
| CADDELL CONSTRUCTION CO. | § | THIRD-PARTY DEFENDANT |

**ORDER GRANTING MOTION TO STAY THIRD
PARTY ACTION PENDING ARBITRATION**

BEFORE THE COURT is the Joint Motion to Stay Third Party Action Pending Arbitration [23] that was filed by All Star Electric and Caddell Construction. All Star and Caddell request that the third party action be stayed, so that they may arbitrate their dispute pursuant to the arbitration clause contained in their written subcontract agreement. None of the other parties to this lawsuit have filed a response in opposition to the Motion. Upon reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Joint Motion to Stay Third Party Action Pending Arbitration [23] that was filed by All Star Electric and Caddell Construction is GRANTED. The third party action is stayed pending

arbitration.

**SO ORDERED AND ADJUDGED** this the 18th day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE