IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| for the use and benefit of § | | |
| G&C CONSTRUCTION, LLC § | | PLAINTIFF |
| § | | |
| v. § | Civil Action No. 1:08cv1437-LG-RHW | |
| § | | |
| TRAVELERS CASUALTY AND § | | |
| SURETY COMPANY OF § | | |
| AMERICA and ALL STAR § | | |
| ELECTRIC, INC. § | | DEFENDANTS |

## FINAL JUDGMENT

The Court, having granted Plaintiff's Motion for Summary Judgment and to Enforce Arbitration Award by Memorandum Opinion and Order [32] dated April 12, 2011, hereby finds, orders, and adjudges as follows:

1. There is no just reason for delay or postponement for entry of final judgment under Federal Rules of Civil Procedure 54(b), against the Defendants, Travelers Casualty and Surety Company of America and All Star Electric, Inc.

2. The Court's Order of April 12, 2011, fully adjudicates all issues between Plaintiff and Defendants.

3. The remaining issues between All Star Electric, Inc., and Caddell Construction Company, Inc., can be separately adjudicated and will remain on the docket.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the United States of America, for the use and benefit of G&C Construction, LLC, does hereby have and

take Judgment of and from the Defendants, Travelers Casualty and Surety Company of America and All Star Electric, Inc., in the sum of $185,107.40, plus interest at the rate of 8% per annum, commencing on June 18, 2010, as provided in the arbitration award rendered on May 18, 2010, plus all taxable costs of this action incurred by Plaintiff from the date of its filing, for which execution and process may now issue.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE