IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of G&C CONSTRUCTION, LLC | § § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:08cv1437-LG-RHW |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ALL STAR ELECTRIC, INC. | § § § § § § | DEFENDANTS |
| ALL STAR ELECTRIC, INC. | § § | THIRD PARTY PLAINTIFF |
| v. | § § | |
| CADDELL CONSTRUCTION CO. | § | THIRD PARTY DEFENDANT |

## ORDER OF DISMISSAL

This Court has previously granted a final judgment in favor of G&C Construction, LLC, against Travelers Casualty and Surety Company of America and All Star Electric, Inc., and that judgment has been satisfied. The only remaining claim is a third party claim filed by All Star against Caddell Construction Co. All Star and Caddell have agreed to submit the third party claim to arbitration, and they have agreed to dismiss this lawsuit. However, the parties have agreed that this Court should retain jurisdiction so that either party may file a motion to compel arbitration or a motion to enforce any arbiter's award, if necessary.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED** pursuant to the agreement of the parties. This Court retains jurisdiction over this case in the event that either All Star or Caddell find it necessary to file a

motion to compel arbitration or a motion to enforce arbitration award.

**SO ORDERED AND ADJUDGED** this the 31st day of May, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE